THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Larry Cliff, Appellant.
 
 
 
 
 

Appeal From Horry County
Kristi L. Harrington, Circuit Court Judge

Unpublished Opinion No.  2009-UP-577
 Submitted November 2, 2009  Filed
December 3, 2009

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; and Solicitor John Gregory Hembree, of Conway,
 for Respondent.
 
 
 

PER CURIAM:  Larry
 Cliff appeals his guilty plea and sentence for second-degree-burglary, arguing
 the plea court failed to advise him he would be waiving his right to confront
 his accusers.  After a
 thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.